UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| ERIKA MIER Y. TERAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEVADA TRANSPORTATION ) <br> AUTHORITY, ) <br> ) <br> Defendant. ) | 3:13-cv-00686-RCJ-WGC <br><br> **ORDER** |

    Plaintiff Erika Teran sued Defendant Nevada Transportation Authority in this Court seeking review of Defendant's decision to suspend her driving license. Plaintiff paid the $400 filing fee in order to obtain a summons immediately rather than wait for a ruling on her motion to proceed *in forma pauperis*, and the Clerk terminated that motion upon payment of the filing fee. The Court later dismissed for lack of subject matter jurisdiction. Plaintiff requests a refund of the filing fee. The Court denies the motion. Plaintiff obtained the benefit of the Clerk issuing a summons in exchange for the filing fee.

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Refund of Filing Fee (ECF No. 9) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

                                             _____
                                                        ROBERT C. JONES
                                                   United States District Judge